IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Partida Lamadrid,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Support Maintenance Building LLC, et al.,<br><br>　　　　Defendants. | NO. CV-23-00340-TUC-JCH<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed with prejudice, each party to bear its own attorney's fees and costs.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 7, 2023

　　　　　　　　　　　　　　　　　　s/ B. Cortez
　　　　　　　　　　　　　　By　　Deputy Clerk